ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
VALERIE L. MAKAREWICZ CBN 229637          JS 6
Assistant United States Attorney
  Room 7211, Federal Building
  300 North Los Angeles Street
  Los Angeles, CA  90012
  Telephone:  (213) 894-2729
  Facsimile:  (213) 894-0115

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AMERICAN SCREEN & WINDOW COVERING, INC., | ) No. CV 10-4415 DSF (AJWx) )  ) ORDER GRANTING STIPULATION |
| Plaintiff, | ) BETWEEN PLAINTIFF AND DEFENDANT ) TO DISMISS COMPLAINT FOR REFUND ) |
| vs. | ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) ) |
| _____ | ) ) ) ) ) ) ) ) |

1    Pursuant to the Stipulation filed by the parties, and for

2    good cause appearing therein, IT IS HEREBY ORDERED:

3        1.  That the Complaint for Tax Refund, filed on June 15,

4    2010, is dismissed, with prejudice.

5        2.  As between Plaintiff and Defendant United States of

6    America, each party shall bear its own costs and attorney's fees

7    in connection with this proceeding.

8        **IT IS SO ORDERED.**

9    DATED: 11/30/10

10                             DALE S. FISCHER
                             UNITED STATES DISTRICT JUDGE

11

12   Respectfully submitted,

13   ANDRÉ BIROTTE JR.
     United States Attorney
14   SANDRA R. BROWN
     Assistant United States Attorney
15   Chief, Tax Division

16   _____

17   VALERIE L. MAKAREWICZ
     Assistant United States Attorney
18   Attorneys for Defendant

19

20

21

22

23

24

25

26

27

28